# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0298
_____

JAMES DANIEL PRESTON,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the County Court for Santa Rosa County.
Jose A. Giraud, Judge.


March 19, 2026


PER CURIAM.

   AFFIRMED.

RAY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine Russell Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.